COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



ADAM HOWELLS,


 Appellant,


v.



SHONDA MARTIN,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-07-00295-CV
 


Appeal from the


254th District Court 


of Dallas County, Texas 


(TC# 99-04216-R) 



MEMORANDUM OPINION


 Pending before the Court is Appellant's motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.1(a)(1). Appellant represents to the Court that the parties have reached a
settlement agreement in the underlying case and therefore he no longer wishes to pursue this
appeal. Appellee has not objected to the motion, and there is no indication that dismissal would
prevent Appellee from seeking the relief to which she would otherwise be entitled. See
Tex.R.App.P. 42.1(a)(1). We therefore grant Appellant's motion, and dismiss the appeal 
pursuant to the parties' settlement agreement. Costs of the appeal will be taxed against the party
incurring the same. See Tex.R.App.P. 42.1(d).


December 6, 2007

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.